Opinion issued October 28, 2025



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00638-CV

_____

**CITY OF HOUSTON, Appellant**

**V.**

**LORNA WOODS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CYRIL WOODS, Appellees**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2025-37624**

---

## MEMORANDUM OPINION

Appellees sued the City of Houston in tort. The City then moved for summary judgment claiming immunity—which the trial court denied. The City appealed and invoked the automatic

stay in Texas Civil Practice & Remedies Code § 51.014(b), which stays all trial court proceedings here pending resolution of this appeal.

Appellees subsequently filed notices of nonsuit in both the trial court and this Court. They argue that their nonsuit moots this appeal. *See Univ. of Texas Med. Branch at Galveston v. Est. of Blackmon ex rel. Shultz*, 195 S.W.3d 98, 100 (Tex. 2006) (per curiam). We agree.

As our supreme court has explained, "neither a statutory stay of trial court proceedings nor any other statute could vest this Court or any other with authority to decide moot cases in violation of the constitutional limitations on our jurisdiction. However it is achieved procedurally, the plaintiffs' total abandonment of their claims for relief 'extinguishes' jurisdiction." *Morath v. Lewis*, 601 S.W.3d 785, 788 (Tex. 2020) (citing *Estate of Blackmon*, 195 S.W.3d at 100).

We therefore dismiss this appeal for want of jurisdiction and dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Morgan and Dokupil.